**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | | |
|---|---|---|
| PROSPECT CAPITAL CORPORATION | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:09-cv-03267-JFM |
| STANLEY ROGER DITTY, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL**

Plaintiff Prospect Capital Corporation, by stipulation, hereby dismisses all claims alleged in the Complaint with prejudice, with each party to bear its own fees and costs.

Dated: June 21, 2010                                    Respectfully submitted,

  /s/                                                                  /s/
Randolph Stuart Sergent                         Susan M. Euteneuer
Federal Bar No. 23970                             Federal Bar No. 26997
Venable LLP                                             DUANE MORRIS LLP
750 East Pratt Street                                111 South Calvert Street, Suite 2000
Baltimore, Maryland 21202                     Baltimore, MD 21202-6114
Telephone: 410.244.7400                        Telephone: 410.949.2937
Facsimile: 410.244.7742                          Facsimile: 410.949.2976
rssergent@venable.com                          smeuteneur@duanemorris.com

*Attorneys for Plaintiff*

                                                                    /s/
                                                              Barry D. Hunter, *pro hac vice*
                                                              Frost Brown Todd LLC
                                                              250 West Main Street, Suite 2800
                                                              Lexington, Kentucky 40507
                                                              Tel: 859-231-0000
                                                              Fax: 859-231-0011
                                                              bhunter@fbtlaw.com

                                                              *Attorneys for Defendants*